## EX PARTE BARON HUGHES.

No. 19149.   Delivered June 9, 1937.

The opinion states the case.

*Art Schlofman,* of Dalhart, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—This is an appeal from a habeas corpus proceeding.

The statement of facts was filed in the trial court ninety-seven days after the date notice of appeal was given. This was too late. An examination of the transcript leads us to the conclusion that appellant was properly remanded to the custody of the sheriff.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.